# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY A. THOMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:20-cv-00043** |
| | ) | |
| **KILOLO KIJAKAZI, ACTING** | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Magistrate Judge entered a Report and Recommendation ("R&R") (Doc. No. 21) recommending the Court deny Plaintiff Johnny A. Thompson's Motion for Judgment on the Administrative Record (Doc. No. 17). No timely objections have been filed.

The absence of objections "releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Nevertheless, the Court thoroughly reviewed the R&R. The Court agrees with the Magistrate Judge's recommended disposition. Accordingly, the R&R (Doc. No. 21) is **APPROVED AND ADOPTED**, Mr. Thompson's Motion for Judgment on the Administrative Record (Doc. No. 17) is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE